# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12−17589−RTL
Chapter: 7
Judge: Raymond T. Lyons Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert Michael Fiorentino | Annette Maureen Fiorentino |
| PO Box 1247 | PO Box 1247 |
| Island Heights, NJ 08732 | Island Heights, NJ 08732 |

Social Security No.:
  xxx−xx−5528                                        xxx−xx−8479

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

   Theodore Liscinski Jr., Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
   If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than June 11, 2012.
   In the event an objection is timely filed, a hearing will be held before the Honorable Raymond T. Lyons Jr. on

DATE:            June 25, 2012
TIME:            10:00 am
COURTROOM:       #8

   If no objection is filed with the Clerk and served upon the Trustee on or before June 11, 2012, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
619 EAST SHERIDAN STREET, DANIA,FL
Value: $110,000.00
Costs of Sale: $11,000.00

209 GILFORD AVE, ISLAND HEIGHTS,
NJ
Value: $370,800.00
Costs of Sale: $37,080.00

TIMESHARE: GRAND DESERT INN,
LASVEGAS, NV
Value: $1,000.00
Costs of Sale: $100.00

TIME SHARE: TIKI TIKI VILLAGE,
ORLANDO, FL
Value: $1,000.00
Costs of Sale: $100.00

The liens on the property to be abandoned are as follows
(including amount claimed due):
Wells Fargo Bank$ 217,069.54
Wells Fargo Home Mortgage
$23,995.00

Bank Of America Home Loans
$333,935.80
Bank Of America Home Loans
$40,337.01
Shore Community Bank
$81,450.66


Bali II Condominium
Association, Inc. $3,165.82

The amount of equity claimed as exempt by the debtor is:
$0.00

$0.00

$0.00

$1,000.00

---

    Request for additional information about the property to be abandoned should be directed to the Trustee at:
Theodore Liscinski Jr.
Theodore Liscinski
265 Davidson Avenue
Suite 200
Somerset, NJ 08873
(732) 469−9008

    or the trustee's attorney (if applicable) at:




Dated: May 23, 2012
JJW:

                                        James J. Waldron
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 12-17589-RTL
Robert Michael Fiorentino                                             Chapter 7
Annette Maureen Fiorentino
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: csilvest          Page 1 of 4          Date Rcvd: May 23, 2012
                              Form ID: 154            Total Noticed: 79

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2012.
```
db/jdb       +Robert Michael Fiorentino,    Annette Maureen Fiorentino,    PO Box 1247,
               Island Heights, NJ 08732-1247
cr           +Conopco, Inc.,   c/o Unilever,    991 Route 22 West,    Suite 201,    Bridgewater, NJ 08807-2957
cr           +Shore Community Bank,   c/o Ostrowitz & Ostrowitz, Esqs.,    225 Gordons Corner Rd.,    Suite 1J,
               Manalapan, NJ 07726-3342
512889134    +Ali Alkhaleel,   1806 Highway 35, Suite 304,    Oakhurst, NJ 07755-2764
512889137     American Express,   PO Box 297871,    Ft. Lauderdale, FL 33329-7871
512889136    +American Express,   PO Box 981535,    El Paso, TX 79998-1535
512889138    +American Recovery Service Inc.,    555 St. Charles Drive, Suite 100,
               Thousand Oaks, CA 91360-3983
512889139    +Baker, Govern & Baker,    7771 West Oakland Park Blvd., Suite 240,    Sunrise, FL 33351-6747
512889140    +Bali II Condominium Association, Inc.,    C/O Korshak & Associates,
               8680 Commodity Circle, Suite 200B,    Orlando, FL 32819-9000
512889141     Bank Of America,   PO Box 982235,    El Paso, TX 79998-2235
512889142     Bank Of America,   PO Box 982238,    El Paso, TX 79998-2238
512889144     Bank Of America Home Loans,    PO Box 5170,    Simi Valley, CA 93062-5170
512889145    +Bank Of America Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
512889146    +Brothers Towing & Recovery,    PO Box 423,    Long Branch, NJ 07740-0423
512889148    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank,    PO Box 85520,    Richmond, VA  23285)
512889147     Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
512889149    +Cardiology Consultants Of Toms River,     368 Lakehurst Road, Suite 301,
               Toms River, NJ 08755-7339
512889151     Citizens Automobile Finance,    Consumer Loan Servicing,    PO Box 42002,
               Providence, RI  02940-2002
512889150    +Citizens Automobile Finance,    PO Box 7000,    Providence, RI 02940-7000
512889152    +Citizens Bank,    480 Jefferson Boulevard,    Warwick, RI 02886-1359
512889153    +Community Medical Center,    PO Box 903,    Oceanport, NJ 07757-0903
512941748    +Conopco, Inc.,   Unilever Att: S. DeGeorge,    75 Merrit Blvd.,    Trumbull, CT 06611-5435
512889154    +Daniel E. Straffi, Esq., Ch. 7 Trustee,    Straffi & Straffi,    670 Commons Way, Building I,
               Toms River, NJ 08755-6431
512889155    +Debt Recovery Solutions, LLC,    PO Box 1259,    Oaks, PA 19456-1259
512889156    +Dingman's Dairy,    191 Pennsylvania Avenue,    Paterson, NJ 07503-2118
512889162    +Equifax Information Service Center,    Attention: Dispute Resolution Center,    PO Box 105873,
               Atlanta, GA 30348-5873
512889163    +Experian Credit Information Systems,    PO Box 9600,    Allen, TX 75013-9600
512889169    +Healthcare Funding Solutions,    4340 South Monaco Street, Unit 2,    Denver, CO 80237-3408
512889170    +IntelliCorp Records, inc.,    PO Box 27903,    New York, NY 10087-7903
512889171     Island One Resorts Hospitality Group,     PO Box 78843,    Phoenix, AZ  85062-8843
512889172    #+Korshak & Associates,    8680 Commodity Circle, Suite 200B,    Orlando, FL 32819-9000
512889174     Macy's East FDSB,    PO Box 8058,    Mason, OH 45040-8058
512889175    +Macy's East FDSB,    9111 Duke Boulevard,    Mason, OH 45040-8999
512889176    +Macy's East FDSB,    Attention: Bankruptcy,    PO Box 8053,    Mason, OH 45040-8053
512889173    +Macy's East FDSB,    PO Box 8066,    Mason, OH 45040-8066
512889177    +Marina Ice Cream,    1195 McDonald Avenue,    Brooklyn, NY 11230-3320
512889179     National Recovery Agency,    PO Box 67015,    Harrisburg, PA  17106-7015
512889178    +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
512889180     New Jersey Department Of Labor,    PO Box 951,    Trenton, NJ  08625-0951
512889181    +New Jersey Division Of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
512889182    +Ostrowitz & Ostrowitz,    225 Gordons Corner Road,    Manalapan, NJ 07726-3342
512889184     PNC Bank,   Centralized Customer Assistance Team,    PO Box 1366,    Pittsburgh, PA  15230-1366
512889185    +PNC Bank,   MS# P5-PCLC-01-E,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
512889183    +Pied Piper Ice Cream East Corporation,    And Rafi Awan,    31 Cold Indian Springs Road,
               Ocean Township, NJ 07712-3366
512889186     Remex Inc.,   307 Wall Street,    Princeton, NJ  08540-1515
512889187    +Rich's Ice Cream,    2915 South Dixie Highway,    West Palm Beach, FL 33405-1585
512889188    +Ritco Security Systems, Inc.,    223 Lanza Avenue,    Garfield, NJ 07026-3513
512889189    +S&S Refrigeration,    733 Communipaw Avenue,    Jersey City, NJ 07304-1707
512889191    +Schachter Portnoy, LLC,    3490 U.S. Route 1,    Princeton, NJ 08540-5920
512889192    +Shore Community Bank,    Attention: Joseph Paul, Collections Mgr,    1012 Hooper Avenue,
               Toms River, NJ 08753-8321
512889193    +Shore Community Bank,    201 Main Street,    Toms River, NJ 08753-7416
512889194    +T-Mobile,   PO Box 742596,    Cincinnati, OH 45274-2596
512889195    +Talaris Inc.,    705 South 12th Street,    Watertown, WI 53094-6721
512889196    +Township Of Toms River,    Attention: Purchasing Division,    33 Washington Street,
               Toms River, NJ 08753-7642
512889197    +TransUnion Consumer Solutions,    PO Box 2000,    Chester, PA 19016-2000
512889198    +Unilever Good-Humor Breyers Ice Cream,    75 Merritt Boulevard,    Trumbull, CT 06611-5435
512889199    +United States Department Of Education,    501 Bleecker Street,    Utica, NY 13501-2401
512889206    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: Wells Fargo Dealer Services,    Attention: Correspondence,
               PO Box 168048,    Irving, TX  75016-8048)
```

```
District/off: 0312-3          User: csilvest               Page 2 of 4                   Date Rcvd: May 23, 2012
                              Form ID: 154                 Total Noticed: 79


512889200     +Wachovia Mortgage,    Attention: Bankruptcy Department,    PO Box 659558,
                San Antonio, TX 78265-9558
512889201      Wells Enterprises, Inc.,    4080 Solutions Center,    Chicago, IL 60677-4000
512889203     +Wells Enterprises, Inc.,    1 Blue Bunny Drive, PO Box 1310,    Le Mars, IA 51031-1310
512889202     +Wells Enterprises, Inc.,    6123 East Connecticut Avenue,    Kansas City, MO 64120-1346
512889207     +Wells Fargo Dealer Services,    PO Box 3659,   Rancho Cucamonga, CA 91729-3659
512889208      Wells Fargo Home Mortgage,    PO Box 10368,   Des Moines, IA 50306-0368
512889209     +Wells Fargo Home Mortgage,    4101 Wiseman Boulevard,    San Antonio, TX 78251-4200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: leah.bynon@usdoj.gov May 24 2012 05:34:08     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2012 05:30:54     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
512889135     +E-mail/Text: girddb@aessuccess.org May 24 2012 05:09:34     American Education Services,
                1200 North 7th Street,    Harrisburg, PA 17102-1419
512889157      E-mail/PDF: mrdiscen@discoverfinancial.com May 24 2012 03:16:23     Discover,   PO Box 15316,
                Wilmington, DE 19850-5192
512889158      E-mail/PDF: mrdiscen@discoverfinancial.com May 24 2012 03:16:23     Discover Financial,
                PO Box 3008,   New Albany, OH 43054-3008
512889159     +E-mail/PDF: mrdiscen@discoverfinancial.com May 24 2012 03:16:23     Discover Financial,
                Attention: Bankrutpcy Department,    PO Box 3025,   New Albany, OH 43054-3025
512889161     +E-mail/PDF: mrdiscen@discoverfinancial.com May 24 2012 03:16:22     Discover More Card,
                PO Box 30943,   Salt Lake City, UT 84130-0943
512889160      E-mail/PDF: mrdiscen@discoverfinancial.com May 24 2012 03:16:23     Discover More Card,
                PO Box 30421,   Salt Lake City, UT 84130-0421
512889165     +E-mail/PDF: gecsedi@recoverycorp.com May 24 2012 00:15:58     GE Money Bank,   PO Box 984100,
                El Paso, TX 79998-4100
512889164     +E-mail/PDF: gecsedi@recoverycorp.com May 24 2012 00:15:23     GE Money Bank,
                Attention: Bankruptcy,    PO Box 103104,   Roswell, GA 30076-9104
512889168      E-mail/PDF: gecsedi@recoverycorp.com May 24 2012 00:15:56     GE Money Bank/J.C. Penney,
                PO Box 965005,   Orlando, FL 32896-5005
512889166      E-mail/PDF: gecsedi@recoverycorp.com May 24 2012 00:15:25     GE Money Bank/J.C. Penney,
                PO Box 965008,   Orlando, FL 32896-5008
512889167      E-mail/PDF: gecsedi@recoverycorp.com May 24 2012 00:15:58     GE Money Bank/J.C. Penney,
                PO Box 965009,   Orlando, FL 32896-5009
512889190     +E-mail/PDF: pa_dc_claims@salliemae.com May 24 2012 05:26:02     Sallie Mae,
                Attention: Claims Department,    PO Box 9500,   Wilkes-Barre, PA 18773-9500
                                                                                                TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512889205*    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,   PO BOX 19657,    IRVINE CA 92623-9657
                (address filed with court: Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590)
512889204*    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,   PO BOX 19657,    IRVINE CA 92623-9657
                (address filed with court: Wells Fargo Dealer Services,    PO Box 25341,
                Santa Ana, CA 92799-5341)
512889143     ##Bank Of America Home Loans,    PO Box 660694,   Dallas, TX 75266-0694
                                                                                                TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-3          User: csilvest            Page 3 of 4              Date Rcvd: May 23, 2012
                              Form ID: 154              Total Noticed: 79

                 ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2012**                          **Signature:**   _Joseph Speetjens_

```
District/off: 0312-3          User: csilvest              Page 4 of 4              Date Rcvd: May 23, 2012
                              Form ID: 154                Total Noticed: 79


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2012 at the address(es) listed below:
              Alan R. Ostrowitz    on behalf of Creditor   Shore Community Bank ostrowlaw@optonline.net
              Joseph H. Lemkin    on behalf of Creditor   Conopco, Inc. joseph.lemkin@piblaw.com
              Lee D. Gottesman    on behalf of Debtor Robert Fiorentino lee@ldg-law.com,  ashley@ldg-law.com
              Megan C. Lupo    on behalf of Debtor Robert Fiorentino megan@ldg-law.com
              Theodore  Liscinski    tedliscinski@verizon.net,   nj01@ecfcbis.com;annedennick@verizon.net
              William M. E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                              TOTAL: 7
```

Case 12-17589-RTL    Doc 20    Filed 05/25/12    Entered 05/26/12 00:51:39    Desc Imaged
Certificate of Notice    Page 6 of 6